#### THOMAS MOFFAT VS. PATRICK GRANT, 1752

558

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty Held at Newport in the Colony afores^d on Thursday the Fourteenth Day of December A. D. 1752

Present The Honble Samuel Wickham Esq^r D^y Judge
The Court being opened.